In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-22-00106-CV
_____

### BRIDGETTE KELLAR, Appellant

### V.

### ROGER DENTON DOWDEN, Appellee

_____

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. CIV32290**
_____

### MEMORANDUM OPINION

Bridgette Kellar filed a notice of appeal from a nunc pro tunc writ of possession. On April 6, 2022, we notified the parties that it appears the order being appealed is neither a final judgment nor an appealable order. *See Kirby v. Fletcher*, No. 12-21-00160-CV, 2021 WL 5118410, at *1 (Tex. App.—Tyler Nov. 3, 2021, pet. dism'd w.o.j.) (mem op.) (A writ of possession that enforces a final judgment is not separately appealable). We requested a response be filed by April 21, 2022 and warned that the appeal would be dismissed without further notice unless we received

1

a written reply that established our jurisdiction over the appeal. The appellant has failed to comply with the notice from the clerk requiring action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed. Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 25, 2022
Opinion Delivered May 26, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.

2